THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE LA PAPA, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of a violation of section 986 of the Penal Law (bookmaking), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

VERONICA C. RAAB, as Administratrix of the Estate of FRANK P. RAAB, Deceased, Appellant, v. NEW YORKER FLEET OWNERS' ASSOCIATION, INC., Respondent.— In this negligence action, brought by the plaintiff pursuant to the provisions of sections 130 and 133 of the Decedent Estate Law, judgment entered upon an agreed statement of facts unanimously affirmed, with costs. In our opinion, the plaintiff is not the proper party plaintiff for the reason that she was not the widow of the decedent, nor did she bear any relationship to him. Upon the conceded facts, the Surrogate's Court of Richmond County had no jurisdiction and the limited letters of administration issued to the plaintiff were void and, therefore, subject to collateral attack. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

EUGENIA SILBERFELD, Respondent, v. SWISS BANK CORPORATION et al., Appellants, et al., Defendants. (Appeal No. 1.) — Order of an Official Referee granting letters rogatory to take the depositions of certain witnesses in support of objections of the plaintiff to accountings filed, affirmed, with one bill of ten dollars costs and disbursements. The time of appellants to serve and file cross-interrogatories is extended until ten days after the entry of the order hereon. In view of the disposition of the appeal in *Silberfeld* v. *Swiss Bank Corporation, Appeal No. 2* (*post*, p. 884, decided herewith) the granting of letters rogatory was not premature. In the event that any subsequent account filed makes unnecessary the procuring of the testimony to sustain plaintiff's objections, or because of any other reason, the appellants are free to move before the Official Referee for a vacatur of the order. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.